IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES DONELSON, | |
| Plaintiff, | 8:21CV199 |
| vs. | |
| INDEPENDENT STAVE MILL, | MEMORANDUM AND ORDER |
| Defendant. | |

On September 10, 2021, the court ordered Plaintiff to file an amended complaint within 30 days. (Filing 6.) The court warned Plaintiff that "[f]ailure to file an amended complaint within the time specified by the court will result in the court dismissing this case without further notice to Plaintiff." (Filing 6 at CM/ECF p. 5.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 20th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge