IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES DONELSON, | |
| Plaintiff, | 8:21CV199 |
| vs. | |
| INDEPENDENT STAVE MILL, | JUDGMENT |
| Defendant. | |

Pursuant to the court's Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 20th day of October, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge